1  Sengthiene Bosavanh, Esq. #249801
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4  Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA BIDDIE ) | 1:07-CV-1096 OWW DLB |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO DISMISS |
| ) | |
| vs. ) | |
| ) | |
| Commissioner of Social ) | |
| Security, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

IT IS HEREBY STIPULATED by and between the parties as follows: that the Civil Action filed on July 27, 2007 on behalf of Plaintiff be dismissed. After thorough review of the transcript, Plaintiff's counsel comes to the conclusion this claim lacks merit to continue. Plaintiff's counsel has conferred with Plaintiff and both are in agreement to dismissal, each party to bear its own costs.

Dated: April 24, 2008        /s/ Sengthiene Bosavanh

                             SENGTHIENE BOSAVANH, ESQ.
                             Attorney for Plaintiff

Dated: April 25, 2008
                             MCGREGOR SCOTT
                             United States Attorney

                             By: /s/ Leo R. Montenegro
                             (as authorized via facsimile)
                             LEO R. MONTENEGRO
                             Assistant Regional Counsel

1
2   IT IS SO ORDERED.
3   **Dated:   April 28, 2008**                              **/s/ Oliver W. Wanger**
                                                          UNITED STATES DISTRICT JUDGE
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28